UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RONALD CURTIS, | Civil No. 3:14-CV-05059-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings in regard to Plaintiff's applications for disability benefits under the Social Security Act.  On remand, an administrative law judge (ALJ) will update the record, hold a *de novo* hearing, and issue a new decision.

Upon remand, the ALJ will be advised to provide Plaintiff with an opportunity to submit additional evidence; if warranted and available, obtain evidence from a medical expert regarding the nature and severity of Plaintiff's impairments; reconsider Plaintiff's residual functional capacity, and in so doing, address the additional evidence submitted; further evaluate the medical opinion evidence in the record; and seek supplemental vocational expert testimony, if warranted,

Page 1        ORDER FOR REMAND - [3:14-CV-05059-KLS]

to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform.

Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

DATED this 10th day of June, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov

Page 2      ORDER FOR REMAND - [3:14-CV-05059-KLS]